IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 16 C 577 |
| v. | ) ) ) | Honorable Judge Kendall |
| W.E. BANQUETS, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO WITHDRAW
IT'S MOTION FOR CLASS CERTIFICATION**

Plaintiff, Bridgeport Pain Control Center, Ltd., respectfully requests to withdraw, without prejudice, it's motion for class certification. In support thereof, plaintiff states:

1. Plaintiff filed its motion for class certification and supporting memorandum on January 15, 2016. (*Dkt. Nos. 7-8*)

2. Defendant W.E. Banquets, LLC, has not appeared or filed a responsive pleading. W.E. Banquets, LLC is currently in default and plaintiff intends on filing a motion for entry of default.

3. Since plaintiff is not seeking entry of default on a class basis, plaintiff moves to withdraw its motion for class certification, without prejudice.

WHEREFORE, plaintiff respectfully requests that this Court withdraw its motion for class certification, without prejudice.

1

        Respectfully submitted,

        /s/ Heather Kolbus
        Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus certify that on March 22, 2016, I caused a true and accurate copy of the foregoing document to be served, via U.S. mail, on the following parties:

W. E. Banquets, LLC
6839 N. Milwaukee Ave
Niles, IL 60714


s/ Heather Kolbus
Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)