# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Bridgeport Pain Control Center, Ltd.,

Plaintiff(s),

v.

W.E. Banquets, LLC et al,

Defendant(s).

Case No. 16 C 577
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Default Judgment is entered against Defendant W.E. Banquets in the amount of $1,500.00 for Plaintiff in statutory damages, plus $530.00 in costs of suit. Plaintiff's individual claims against John Does 1-10 are dismissed without prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motion by Plaintiff for default judgment.

Date: 5/20/2016                              Thomas G. Bruton, Clerk of Court

                                             Lynn Kandziora, Deputy Clerk